■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO COSTELLO, Appellant.—Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated October 15, 1984 [104 AD2d 947], which determined an appeal from a judgment of the Supreme Court, Kings County, rendered May 16, 1980.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel. The defendant points to no argument which counsel could have raised but unreasonably failed to raise on the direct appeal (see, Jones v Barnes, 463 US 745). Mangano, P. J., Bracken, Sullivan and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN DEAS, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Kings County (DeLury, J.), both rendered July 2, 1991, convicting him of attempted criminal sale of a controlled substance in the third degree (two counts, one as to each indictment), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.